Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HUA NGUYEN NGUYEN, ) <br> ) <br> Defendant. ) <br> _____) | NO. CR06-339 RSM <br><br> ORDER CONTINUING <br> TRIAL DATE |

THIS MATTER comes before the Court upon joint motion by the United States and the defendant for a continuance of the trial date. Having considered the entirety of the records and file herein, the Court rules as follows:

The ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendants in a speedy trial. Both parties request a brief continuance, the case is unusually complex because it is closely related to a 14-defendant conspiracy prosecution, and additional time is needed for reasonable preparation by the parties. The court finds that the time period between the filing of this motion and the new trial date is excludable time under the Speedy Trial Act, Title 18 U.S.C. §3161.

Trial of this matter is continued until January 8, 2007.

//
//
//
//

1    The clerk of the court is instructed to send uncertified copies of this Order to all
2  counsel of record.
3    DATED this _15_ day of November 2006.

4

5

6                                                                RICARDO S. MARTINEZ
7                                                                UNITED STATES DISTRICT JUDGE

8

9

10  Presented by:

11  s/Douglas B. Whalley
    DOUGLAS B. WHALLEY
12  Assistant United States Attorney
    United States Attorney's Office
13  700 Stewart Street, Suite 5220
    Seattle, WA 98101-1271
14  (206) 553-4882, Fax:  (206) 553-4440
    E-mail: douglas.whalley@usdoj.gov
15  Washington State Bar #4625

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING TRIAL DATE - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970